In the Matter of the Application of
CITY & COUNTY OF HONOLULU
CORPORATION COUNSEL
For the Valuation of the Physical and
Tangible Property of the Honolulu Rapid
Transit Company, Limited

No. 5226

MARCH 28, 1973

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The following statement of HRT in its
Petition for Rehearing merits comment:

> This Court has ruled that the HRT franchise is
> a contract. It did not however touch upon the City's
> obligation under Section 13 of that contract to pay
> HRT $1,367,200 for its unrecouped write-offs.

The Decision and Order of the Public Utilities Com-
mission in the instant case fails to mention anything about
the alleged unrecouped write-offs. The record of the case
also fails to show any evidence of unrecouped write-offs.
HRT's appeal also fails to mention any alleged error by
PUC relative to unrecouped write-offs.

The reason for the dearth of any claim and/or proof
of unrecouped write-offs becomes crystal clear when one
reviews HRT's petitions filed before PUC in 1941 rela-
tive to the alleged unrecouped write-offs.

Section 13 is clear and unambiguous and obviously
does not include the write-offs of "street car tracks, ties
and all matters appertaining thereto, as well as street
cars and equipment appertaining thereto" which HRT

voluntarily abandoned when it substituted other transportation facilities. There is no obligation on the part of the City to pay the alleged unrecouped write-offs.

The Petition for Rehearing is denied without argument.

*Howard K. Hoddick* (*Anthony, Hoddick, Reinwald & O'Connor* of counsel) for the petition.